Case 1:21-cv-02570-JGK   Document 9   Filed 05/21/21   Page 1 of 1



**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

May 21, 2021

> The conference is adjourned to June 10, 2021 at 2:30 p.m.
> SO ORDERED.
> New York, New York
> May 25, 2021
> /s/ John G. Koeltl
> JOHN G. KOELTL, U.S.D.J.

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Angeles v. Square Grove LLC*
       Case No. 21-cv-02570-JGK

Dear Judge Koeltl:

I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request an adjournment of the initial conference from May 25, 2021 to June 10, 2021 or any date thereafter convenient to the Court. Defendant's date to answer the complaint was previously extended to June 1, 2021 on consent. This is defendant's first request for an adjournment of the initial conference. Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc: All Counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-25-21

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4853-1715-2747.1